

P32446/ESR

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

**08 CRIM 306**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Elisha Rivera, SR United States Probation Officer |
| **RE:** | Dennis Thillet |
| **DATE:** | April 3, 2008 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On June 21, 2001 the above-named individual was sentenced in the Eastern District of Virginia outlined in the attached J & C.

In March 21, 2008, we received the Prob. 22's endorsed by the Honorable Richard L. Williams, U.S. District Court Judge, ordering Mr. Thillet's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Elisha Rivera*
Elisha Rivera
SR U.S. Probation Officer