TILLET, Dennis                                                    DTM/32446

4



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

P#28927

TO:     **HONORABLE LEWIS A. KAPLAN**
        U.S. District Judge

FROM:   **Victor Jeffrey**
        Supervising U.S. Probation Officer

                                        RE:        **THILLET, Dennis**
                                        Docket No. **1:08-cr-00306-LAK**

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your Honor. Please direct your response (if applicable) along with any attachment to our office at 500 Pearl Street, 7th floor North, so that we may take appropriate action.

                                        Respectfully submitted,

                                        Victor Jeffrey
                                        Supervising U.S. Probation Officer

Prepared by:

David T. Mulcahy
U.S. Probation Officer
212-805-5178

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

DATE: July 22, 2008

PROB 12A
(7/93)

# United States District Court
## for the
## Southern District of New York
## Report on Offender Under Supervision

Name of Offender:   **THILLET, Dennis**          Docket Number: **1:08-CR-00306-LAK**

Name of Sentencing Judicial Officer:   **HONORABLE LEWIS A. KAPLAN**
United States District Judge

Date of Original Sentence:   June 21, 2001

Original Offense: **COUNT ONE**: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base, 21 U.S.C. 846, a Class A Felony.

Original Sentence:   **COUNT ONE**: Two hundred sixty two (262) months' imprisonment followed by a five (5) year-term of Supervised Release.

Type of Supervision:   Supervised Release        Date Supervision Commenced:   February 12, 2008

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Nature of Non-compliance

1   **ON MARCH 6, 2008, THE RELEASEE SUBMITTED A SWEAT PATCH THAT WAS RETURNED POSITIVE FOR COCAINE**

2   **ON MAY 20, 2008, THE RELEASEE WAS GIVEN A SUMMONS FOR THE UNLAWFUL POSSESSION OF MARIJUANA.**

On May 20, 2008, on the corner of Jackson Ave., Bronx, NY, at approximately 10:00 p.m., Mr. Thillet was given a summons by the NYPD for Unlawful Possession of Marijuana.

### U.S. PROBATION OFFICER ACTIONS:

These matters were addressed with Mr. Thillet and he was told that they are considered a violation of his conditions of release, which may result in negative consequences that could place him back in jail. Mr. Thillet denied drug usage and indicated that he was in the wrong place at the wrong time regarding the summons. Mr. Thillet's reporting was increased and his participation in the Random Urine Program and outpatient substance abuse treatment continued.

### SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

Based on Mr. Thillet's residence within the confines of the Southern District of New York and his stated intention of remaining there for the duration of his community supervision term, jurisdiction of his case was requested and granted by the Eastern District of Virginia. Your Honor was assigned the case through Part One for all subsequent judicial matters.

TILLET, Dennis                                                    DTM/32446

2

Since the aforementioned negative behavior, Mr. Thillet has continued to report to this office as directed and attended a trade school, which he graduated from in July 2008. Mr. Thillet also completed drug treatment at Daytop in July 2008. Since producing a positive sweat patch on March 6, 2008, all subsequent drug tests have been negative.

**RECOMMENDATION AND JUSTIFICATION**

As the drug tests that have been submitted by Mr. Thillet continue to test negative for illegal drugs, his reporting to this office has been appropriate and he successfully completed the Northern Manhattan Trade Center, this officer does not believe that it is necessary at this time to submit a violation report. However, Mr. Thillet will be informed of this notification to the Court with the expectation that this apprisal of his actions to Your Honor will bring about the necessary changes in his behavioral patterns.

As such, it is the recommendation of this officer that Mr. Thillet be continued on supervision at this time. The Court will be made aware of any further deviance or aberrant behavior by Mr. Thillet while under supervision and the appropriate recommendation will be made to the Court. Your Honor has been provided with a checklist of available options.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

David T. Mulcahy
U.S. Probation Officer
212 805-5178

Approved By:

_____  8/1/08
Victor Jeffery              Date
Supervising U.S. Probation Officer

TILLET, Dennis DTM/32446

3



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

RE: **THILLET, Dennis**
**Dkt.:1:08-CR-00306-LAK**

[✓] Court approves U.S. Probation Officer's recommendation of continued supervision

or

THE COURT ORDERS:

[ ] The Issuance of a Summons

    The Offender is directed to appear as follows:

    Date:_____

    Time:_____

    Place:_____

[ ] The Issuance of a Warrant
[ ] Other

_____
Signature of Judicial Officer

9/7/04
_____
Date